IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. (successor to Continental Teves, Inc.); CONTITECH NORTH AMERICA, INC.; and CONTINENTAL TIRE THE AMERICAS, LLC (successor to Continental Tire North America, Inc.), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Case No. 3:19-cv-0396
Judge Aleta A. Trauger/Magistrate Judge Newbern
JURY DEMAND

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Eugene N. Bulso, Jr., counsel for plaintiff, is to receive notice and service of papers will change. Mr. Bulso's new contact information is:

> Eugene N. Bulso, Jr.
> Bulso PLC
> 155 Franklin Road, Suite 400
> P. O. Box 861
> Brentwood, TN 37027
> 615-497-7790
> gbulso@bulso.com

.

Respectfully submitted,

s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr. (BPR No. 12005)
Paul J. Krog (No. 29263)
LEADER & BULSO, PLC
414 Union Street, Suite 1740
Nashville, TN 37219
Tel: (615) 780-4100
Fax: (615) 780-4118
gbulso@leaderbulso.com

*Attorneys for Nissan North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I served the foregoing electronically upon the following counsel of record:

| | |
|---|---|
| W. Scott Sims | Herbert C. Donovan |
| Robert A. Peal | Andrew B. Fromm |
| D. Gil Schuette | Brooks Wilkins Sharkey & Turco, PLLC |
| Sims | Funk PLC | 401 South Old Woodward, Suite 400 |
| 3322 West End Ave., Suite 200 | Birmingham, Michigan 48009 |
| Nashville, Tennessee | |

   s/Eugene N. Bulso, Jr.
   Eugene N. Bulso, Jr.