IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. (successor to Continental Teves, Inc.); CONTITECH NORTH AMERICA, INC.; and CONTINENTAL TIRE THE AMERICAS, LLC (successor to Continental Tire North America, Inc.), | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 3:19-cv-0396
Judge Aleta A. Trauger/
Magistrate Judge Newbern
JURY DEMAND

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Paul J. Krog, counsel for plaintiff, is to receive notice and service of papers will change. Mr. Krog's new contact information is:

>Paul J. Krog
>Bulso PLC
>155 Franklin Road, Suite 400
>P. O. Box 861
>Brentwood, TN 37027
>615-913-5130
>pkrog@bulso.com

Respectfully submitted,

s/Paul J. Krog
Eugene N. Bulso, Jr. (No. 12005)
Paul J. Krog (No. 29263)
LEADER & BULSO PLC
414 Union Street, Suite 1740
Nashville, TN 37219
Tel: (615) 780-4100
Fax: (615) 780-4115
pkrog@leaderbulso.com

*Attorneys for Nissan North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2020, the foregoing is being filed via the Court's electronic-filing system, which is expected to deliver a copy to the following:

| | |
|---|---|
| W. Scott Sims | Herbert C. Donovan |
| Robert A. Peal | Andrew B. Fromm |
| D. Gil Schuette | Brooks Wilkins Sharkey & Turco, PLLC |
| Sims | Funk PLC | 401 South Old Woodward, Suite 400 |
| 3322 West End Ave., Suite 200 | Birmingham, Michigan 48009 |
| Nashville, Tennessee | |

s/ Paul J. Krog
Paul J. Krog