IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. (successor to Continental Teves, Inc.); CONTITECH NORTH AMERICA, INC.; and CONTINENTAL TIRE THE AMERICAS, LLC (successor to Continental Tire North America, Inc.) | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 3:19-cv-0396
JUDGE ALETA A. TRAUGER
MAGISTRATE JUDGE NEWBERN

**DEFENDANTS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendants Continental Automotive Systems, Inc. ("CAS"), ContiTech North America, Inc. ("ContiTech"), and Continental Tire the Americas, LLC ("Continental Tire") will be filing their motion to compel today.

In connection with that filing, pursuant to Local Rule 5.03 and 5.07 of Administrative Order No. 167-1, Defendants move to file the following associated four documents under seal:

(1)   Defendants' motion to compel;

(2)   Exhibit 2 (Joint Discovery Dispute Statement);

(3)   Exhibit 3 (BB-TN-BBW 00012790.0001);

(4)   Exhibit 5 (BB-TN-BBW 00014044.0001).