IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00396 |
| ) | Judge Trauger |
| CONTINENTAL AUTOMOTIVE SYSTEMS, ) | |
| INC., *successor to Continental Teves, Inc.*, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

A telephone conference was held with counsel for the parties on March 19, 2021. The purpose of the telephone conference was to set any remaining deadlines and to see if the trial date was still feasible. However, the defendant maintained that the plaintiff has not fully complied with the Magistrate Judge's order on the motions to compel (Doc. No. 126). The following are hereby ORDERED:

1. All deadlines remain suspended, and fact discovery is still open.

2. By March 26, 2021, either party may file a motion to enforce the Magistrate Judge's discovery order.

3. This discovery dispute and the issue of whether either party may take more than 10 depositions in this case are hereby REFERRED to the Magistrate Judge for disposition.

4. The trial and pretrial conference, presently set in October 2021, remain on the court's calendar for the time being.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge