UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Defendant. | Case No. 3:19-cv-00396 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a hearing by videoconference on June 30, 2021, regarding the issues raised in Defendant Continental Automotive Systems, Inc.'s (CAS) motion to enforce the Court's February 8, 2021 order (Doc. No. 131). Plaintiff Nissan North America, Inc., responded in opposition to the motion (Doc. No. 135). For the reasons stated on the record in the June 30, 2021 hearing, the motion to enforce (Doc. No. 131) is GRANTED as follows:

By July 14, 2021, Nissan shall provide to CAS a statement of "the steps it took in responding to the requests CAS identifies in its motion to compel" for each of "the particular custodians"—defined for this purpose as the individuals and entities (i.e., internal Nissan groups) that CAS has identified in those requests—and Hiroshi Iiyama. Nissan shall not refer only to its "standard procedures," but shall state the particular acts undertaken by each person or entity to locate and produce responsive information, including what repositories of information they were instructed to search or searched. If Nissan identifies additional responsive information in the course of providing this response, it shall produce that information to CAS by July 14, 2021.

By July 14, 2021, Nissan shall provide to CAS a statement of the members of its vital issues committee from January 1, 2002, to August 29, 2012, and shall state the particular acts undertaken by each member to locate and produce information responsive to CAS's discovery requests, including what repositories of information they were instructed to search or searched. If Nissan identifies additional responsive information in the course of providing this response, it shall produce that information to CAS by July 14, 2021.

By July 7, 2021, CAS shall inform Nissan of any errors it has identified in Nissan's production log. Nissan shall respond to CAS's notice with correct information as required by July 14, 2021.

All discovery disputes pending before the Magistrate Judge have been resolved by this Order, the Court's prior orders (Doc. Nos. 137, 139, 142, 144) or by the parties' agreement (Doc. No. 145).

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge