IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NISSAN NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:19-cv-00396 |
| | ) | Judge Trauger |
| CONTINENTAL AUTOMOTIVE SYSTEMS, | ) | |
| INC., *successor to Continental Teves, Inc.*, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

A telephone conference was held with counsel for the parties on July 28, 2021. The following new deadlines will apply to this case:

1. Fact discovery shall conclude by November 15, 2021.

2. Any motion for permission to file an additional dispositive motion shall be filed by November 1, 2021, with the response due by November 8, 2021.

3. The plaintiff shall make expert disclosures by September 10, 2021, the defendant shall make expert disclosures by February 1, 2022, and expert witnesses shall be deposed by March 15, 2022.

4. The parties shall file a joint mediation report by February 14, 2022 that informs the court of the date on which they have scheduled their mediation and the name of the mediator.

5. By separate order, the trial is being rescheduled for July 19, 2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge