# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL AUTOMOTIVE )<br>SYSTEMS, INC. (successor to )<br>Continental Teves, Inc.), )<br>)<br>Defendant. ) | Case No. 3:19-cv-0396<br>Judge Trauger<br>Mag. Judge Newbern<br>JURY DEMAND |

## CONFORMED CERTIFICATE OF SERVICE

I certify that I filed Dkt Nos. 187, 188 and 189 via the Court's electronic-filing service, which delivered a copy thereof to the following on the 1st day of December 2021:

Herbert C. Donovan
Andrew B. Fromm
Brooks Wilkins Sharkey & Turco, PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Email: Donovan@bwst-law.com
Email: Fromm@bwst-law.com

W. Scott Sims
Robert A. Peal
D. Gil Schuette
Sims | Funk PLC
3322 West End Ave., Suite 200
Nashville, Tennessee 37203
Email: ssims@simsfunk.com
Email: rpeal@simsfunk.com

Blair Pierson Durham  
Bart Durham Injury Law  
404 James Robertson Parkway  
1712 Parkway Towers  
Nashville, TN 37219  
(615) 252-4814  
Fax: (615) 496-3595  
Email: blair@blairdurham.com  

John F. Medler, Jr.  
The Medler Law Firm  
2030 Main St Ste 1300  
Irvine, CA 92614  
(949) 577-8177  
Email: john@medlerlawfirm.com  

Douglas Brett Turnbull  
Michael Alan Holcomb  
Turnbull, Holcomb & LeMoine, P.C.  
2101 6th Avenue North  
Suite 1100  
Birmingham, AL 35203  
Email: bturnbull@turnbullfirm.com  
Email: aholcomb@turnbullfirm.com  

    s/Eugene N. Bulso, Jr.  
    Eugene N. Bulso, Jr.

# CERTIFICATE OF SERVICE

I certify that I am filing the foregoing via the Court's electronic-filing service, which is expected to deliver a copy thereof to the following on this, the 2nd day of December 2021:

Herbert C. Donovan
Andrew B. Fromm
Brooks Wilkins Sharkey & Turco, PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Email: Donovan@bwst-law.com
Email: Fromm@bwst-law.com

W. Scott Sims
Robert A. Peal
D. Gil Schuette
Sims | Funk PLC
3322 West End Ave., Suite 200
Nashville, Tennessee 37203
Email: ssims@simsfunk.com
Email: rpeal@simsfunk.com

Blair Pierson Durham
Bart Durham Injury Law
404 James Robertson Parkway
1712 Parkway Towers
Nashville, TN 37219
(615) 252-4814
Fax: (615) 496-3595
Email: blair@blairdurham.com

Douglas Brett Turnbull
Michael Alan Holcomb
Turnbull, Holcomb & LeMoine, P.C.
2101 6th Avenue North
Suite 1100
Birmingham, AL 35203
Email: bturnbull@turnbullfirm.com
Email: aholcomb@turnbullfirm.com

John F. Medler, Jr.
The Medler Law Firm
2030 Main St Ste 1300
Irvine, CA 92614
(949) 577-8177
Email: john@medlerlawfirm.com

    s/Eugene N. Bulso, Jr.
    Eugene N. Bulso, Jr.